■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KELVITT BURGESS, Appellant. [700 NYS2d 749] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 6, 1995 (*People v Burgess,* 221 AD2d 354), affirming a judgment of the Supreme Court, Kings County, rendered February 23, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). O'Brien, J. P., Feuerstein, Schmidt and Smith, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD J. BURKE, Appellant. [700 NYS2d 841] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Weber, J.), rendered January 13, 1998, convicting him of operating a motor vehicle while under the influence of alcohol, resisting arrest, failing to signal a turn (three counts), failing to signal a lane change, and driving across the center median (two counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Santucci, Altman, Friedmann and H. Miller, JJ., concur.